478

65 A.3d 297

COMMONWEALTH of Pennsylvania, Appellant

v.

Gavin Lloyd COBB, Appellee.

Supreme Court of Pennsylvania.

Argued April 9, 2013.

Decided April 18, 2013.

Cynthia Ann Gilkey, Esq., Mercer County District Attorney's Office, for Appellant.

Stephanie Elizabeth Lombardo, Esq., York County District Attorney's Office for Appellant Amicus Curiae.

Tedd Christopher Nesbit, Esq., for Appellee.

Before: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 18th day of April, 2013, the order of the Superior Court is hereby **AFFIRMED.**

Madame Justice Orie Melvin did not participate in the consideration or decision of this case.